## DAHASH v. FLANDERS, appellant.

*Appeal from County Court—failure to move for new trial.*

Defendant appealed from a judgment entered in the county court upon the verdict of a jury, without moving for a new trial in that court. *Held,* irregular and the appeal dismissed.

APPEAL from a judgment of the county court of Niagara in an action originating in a justice's court. The only question passed upon is one of practice in taking the appeal.

*J. L. & J. H. Buck,* for appellant.

*S. B. Piper,* for respondent.

E. DARWIN SMITH, J. This is an appeal from a judgment of the county court of Niagara county. The case arose in a justice's court, was appealed to and retried in the county court and judgment perfected upon the verdict, from which the defendant appealed to this court upon a case, not having made any motion thereon for a new trial in the county court. In *Bliss* v. *Swab,* 48 Barb. 342, I expressed the opinion that this court should only review the decisions of county judges on the trial of causes after a motion for a new trial was made in that court, and should be confined to the reviews of the deliberate decision of that court after argument. In this view I understand my brethren in this department have concurred, but the decision has not, that I am aware of, been reported. It was followed in *Hacher* v. *Ferrell,* decided at the April term, and has been followed also in several cases during the year, and the appeals dismissed. In this case the appeal must therefore be dismissed.

*Appeal dismissed.*